# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| **LAURA BURLING,** | CASE NO.: 2:12-cv-05371-SVW-AGR |
| Plaintiff, | **ORDER** |
| vs. | |
| **WINDSOR EQUITY GROUP, INC., ET AL.,** | |
| Defendant(s). | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

DATED: November 5, 2012

_____
The Honorable Stephen V. Wilson

Order to Dismiss - 1